**DICKINSON WRIGHT PLLC**
JOEL Z. SCHWARZ (Nevada Bar No. 9181)
Email: jschwarz@dickinsonwright.com
JOANNA M. MYERS (Nevada Bar No. 12048)
Email: jmyers@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: 702-550-4440
Fax: 844-270-6009

**HELLMICH LAW GROUP, PC**
CHRISTOPHER HELLMICH (admitted *pro hac vice*)
Email: chellmich@hellmichlaw.com
5753-G E. Santa Ana Canyon Rd. #512
Anaheim Hills, CA 92807
Telephone: 949-287-5708
Fax: 714-974-7733

*Attorneys for Plaintiff U.S.A. DAWGS, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S.A. DAWGS, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SPILATRO LAW GROUP, LLC, <br><br> Defendant. | Case No. 2:16-cv-02238-APG-NJK <br><br> **SUBSTITUTION OF COUNSEL** |

THE COURT AND ALL PARTIES ARE HERBY NOTIFIED that Plaintiff U.S.A. DAWGS, INC. does hereby consent to the substitution Joel Z. Schwarz, Esq. and Joanna M. Myers, Esq. of the law firm of Dickinson Wright PLLC, as its counsel of record in place and stead of Brian J. Elliott.

Christopher Hellmich of the law firm Hellmich Law Group, PC shall remain as counsel admitted *pro hac vice*, with Joel Z. Schwarz designated as resident Nevada counsel in this action.



1

All future pleadings and documents to be served on behalf of Plaintiff should be addressed to Joel Z. Schwarz, Esq., Dickinson Wright PLLC, 8363 West Sunset Road, Suite 200, Las Vegas, Nevada 89113.

Dated this 1st day of August 2017.

U.S.A. DAWGS, INC.

By: /s/
Name: David J. Kaplan
Title: General Counsel

## CONSENT TO SUBSTITUTION

Brian Elliot hereby consents to substitution of Joel Z. Schwarz, Esq. and Joanna M. Myers, Esq. of the law firm of Dickinson Wright PLLC in the above action in his place and stead as counsel for U.S.A. DAWGS, INC.

Dated this 1st day of August 2017.

By: /s/
BRIAN ELLIOT
Nevada Bar No. 11115
4120 W. Windmill Lane, Suite 106
Las Vegas, Nevada 89139

## ACCEPTANCE AND SUBSTITUTION

Joel Z. Schwarz, Esq. and Joanna M. Myers, Esq. of the law firm of Dickinson Wright PLLC, hereby accept substitution as counsel for U.S.A. DAWGS, INC. for all purposes in the above-entitled action, in the place and stead of Brian Elliot, Esq.

Dated this 2d day of August 2017.

By: /s/
JOEL Z. SCHWARZ
Nevada Bar No. 9181
JOANNA M. MYERS
Nevada Bar. No. 12048
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113

IT IS SO ORDERED.
Dated: August 3, 2017

_____
United States Magistrate Judge

2