UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S.A. DAWGS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>SPILOTRO LAW GROUP, LLC, *et al.*<br><br>Defendants. | **Case No. 2:16-cv-2238-APG-NJK**<br><br>**ORDER**    R |

Before the Court is Plaintiff U.S.A. Dawgs, Inc.'s ("Dawgs") Unopposed Motion For Extension Of Time To Serve Defendant. The Court Ordered Dawgs to perfect service by October 10, 2017. ECF No. 29. Dawgs represents that it has acted diligently to perfect service, but that it is encountering certain delays. The Court finds that considering Dawgs' motion is unopposed and good cause otherwise exists to grant the motion, it is hereby GRANTED. Dawgs shall perfect service of process on the Defendant no later than October 17, 2017.

DATED: October 10, 2017.    _____
UNITED STATES DISTRICT JUDGE