**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S.A. DAWGS, INC., | Case No.: 2:16-cv-02238-APG-NJK |
| Plaintiff | **Order for Status Report** |
| v. | |
| SPILOTRO LAW GROUP, | |
| Defendant | |

IT IS ORDERED that on or before August 31, 2018, the parties shall file a status report regarding this case and how it is affected by plaintiff U.S.A. Dawgs, Inc.'s bankruptcy filing.

DATED this 6th day of August, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE