**DICKINSON WRIGHT PLLC**
JOEL Z. SCHWARZ (Nevada Bar No. 9181)
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
T: 702-550-4440
E: jschwarz@dickinsonwright.com

**HELLMICH LAW GROUP, PC**
CHRISTOPHER HELLMICH (appearing *pro hac vice*)
5753-G E. Santa Ana Canyon Rd., #512
Anaheim Hills, CA 92807
T: 949.287.5708
E: chellmich@hellmichlaw.com

Attorneys for Plaintiff U.S.A. Dawgs, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S.A. DAWGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SPILOTRO LAW GROUP, LLC *et al.* <br><br> Defendants. | Case No. 2:16-cv-02238-APG-NJK <br><br> STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE <br><br> **ORDER** |

WHEREAS, on September 23, 2016, Plaintiff USA Dawgs, Inc. ("Dawgs") filed a Complaint against Defendants Spilotro Law Group, LLC ("SLG") and Daniel Spilotro, for breach of contract and declaratory relief.

WHEREAS, on November 6, 2016, Dawgs dismissed Daniel Spilotro from the action leaving SLG as the sole defendant.

WHEREAS, on November 20, 2017, SLG answered and did not allege any counterclaims.

WHEREAS, on January 31, 2018, Dawgs filed a Chaper11 Bankruptcy Petition in the United States Bankruptcy Court for the District of Nevada. *See* 18-10453-LEB (Bankr. D. Nev.) ("Bankr. Action").

WHEREAS, on June 29, 2018, all of Dawgs' assets, including its claims in this action, were sold at auction to Optimal Investment Group, Inc. Bankr. Action Dkt. 380 and 383.

WHEREAS, on July 20, 2018, the bankruptcy court entered a final sale order. Bankr. Action Dkt. 553.

WHEREAS, on August 30, 2018, the bankruptcy court dismissed the bankruptcy proceeding and it is expected the Nevada Secretary of State will shortly receive notice to dissolve Dawgs as an entity. Bankr. Action Dkt. 624.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiff USA Dawgs, Inc. and its successor in interest Optimal Investment Group, Inc., and Defendant Spilotro Law Group, LLC hereby stipulate to dismiss this action with prejudice.

2. The parties shall bear their own costs, fees, and expenses.

Respectfully submitted,

Dated: August 31, 2017    HELLMICH LAW GROUP, PC

By: s/ Christopher Hellmich
CHRISTOPHER W. HELLMICH

Attorney for Plaintiff U.S.A. Dawgs, Inc. and its successor in interest Optimal Investment Group, Inc.

Dated: August 31, 2017    OLSON, CANNON, GORMLEY, ANGULO & STROBERKI

By: s/ Peter Angulo
PETER ANGULO

Attorney for Defendant Spilotro Law Group, LLC

**<u>ORDER</u>**

The Court having reviewed the forgoing Stipulation, and good cause appearing thereon:

**IT IS HEREBY ORDERED** the action in its entirety is dismissed with prejudice.

IT IS SO ORDERED.

Dated: September 3, 2018.

_____
UNITED STATES DISTRICT JUDGE